# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>DAVID PAUL STECKEL | Case No. 19-11604-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br><br>    Movant<br><br>vs.<br><br>DAVID PAUL STECKEL,<br>    Debtor | <br><br><br><br><br><br>11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2021, at **PHILADELPHIA**, upon Motion of Freedom Mortgage Corporation (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 168 South Savanna Drive, Pottstown, Pennsylvania 19465 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: January 20, 2021**

_____
Ashely M. Chan
BANKRUPTCY JUDGE

DAVID PAUL STECKEL
168 S SAVANNA DR
POTTSTOWN, PA 19465

JOSEPH L. QUINN, ESQUIRE
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA 19464

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE, SUITE 100
READING, PA 19606

POLLY A. LANGDON
OFFICE OF SCOTT F. WATERMAN, TRUSTEE
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106