IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| DAVID PAUL STECKEL | : |
| DEBTOR(S) | : BANKRUPTCY NO. 19-11604-AMC |

## ORDER

**AND NOW**, an Order dated January 20, 2021 granting the Motion for Relief from Stay filed by Freedom Mortgage Corporation (Docket Entry #39), having been entered in error, it is hereby

ORDERED that the said Order is vacated.

BY THE COURT:

**Date: January 21, 2021**

ASHELY M. CHAN
U.S. Bankruptcy Judge