IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**DAVID PAUL STECKEL**<br>　　　　　　　　Debtor<br><br>**FREEDOM MORTGAGE CORPORATION**<br>　　　　　　　　Movant<br>　　　v.<br>**DAVID PAUL STECKEL**<br>　　　　　　　　Respondent | BK. No. 19-11604-AMC<br><br>Chapter No. 13<br><br><br><br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

**Date: February 16, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge