| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-11604-AMC**

DAVID PAUL  STECKEL  
168 S SAVANNA DRIVE  
POTTSTOWN  PA    19465

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 09/18/2019

Case Status: Dismissed After Confirmation on 5/19/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/11/2020 | $1,300.00 | | 03/23/2020 | $1,325.00 | | 04/23/2020 | $1,325.00 | |
| 06/11/2020 | $1,325.00 | | 06/26/2020 | $1,325.00 | | 07/30/2020 | $1,325.00 | |
| 09/03/2020 | $1,325.00 | | 10/02/2020 | $1,325.00 | | 10/27/2020 | $1,325.00 | |
| 12/07/2020 | $1,325.00 | | 03/30/2021 | $3,975.00 | | | | |

**Total Receipts for the Period:  $17,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,549.00 | $3,549.00 | $0.00 |
| 1 | FREEDOM MORTGAGE CORPORATION <br> »»  001 | Mortgage Arrears | $55,816.55 | $14,802.37 | $41,014.18 |
| 2 | EDUCATIONAL CREDIT MGMT CORP <br> »»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CONVENTRY GLEN COMMUNITY ASSOCIATION <br> »»  003 | Secured Creditors | $3,849.13 | $1,020.76 | $2,828.37 |

**Chapter 13 Case No. 19-11604-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,200.00 | Current Monthly Payment: | $1,325.00 |
| Paid to Claims: | $19,372.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,827.87 | Total Plan Base: | $71,575.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.